UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIJUANA S. REYNOLDS,

                Plaintiff,

      v.

ANDREW SAUL,

                Defendant.

21-CV-5901 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 8, 2021, Plaintiff Tijuana S. Reynolds, proceeding *in forma pauperis*, filed a complaint against the Commissioner of Social Security. The next day, a copy of this Court's standing order in social security cases was filed on the docket, which ordered Defendant to file a certified transcript of administrative proceedings within 90 days of service.

    As Plaintiff has not filed proof of service on the docket, it is not clear whether Defendant was ever served with the complaint. By no later than November 3, 2021, Plaintiff shall file proof of such service on the docket or otherwise update the Court on the status of this case.

SO ORDERED.

Dated:    October 20, 2021
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge