# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |

\*\*\**mail all correspondence*

April 11, 2022

Honorable Ronnie Abrams  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

**Letter Motion:**  
**Second Request for**  
**Extension of Time**

**Re: Tijuana S. Reynolds v. Comm'r of SSA  1:21-cv-05901-RA**

Dear Honorable Judge Abrams:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on April 12, 2022.  Plaintiff writes to respectfully request the Court's indulgence with a second request for an extension of time to serve her motion.  Plaintiff expected to complete her brief herein in compliance with the revised scheduling order but was unable to do so due to staffing issues and multiple motions coming due on or about the same date.  Plaintiff therefore writes to respectfully request a second extension of time of sixty days (60), up to and including June 11, 2022, to serve her motion, with the remaining Order to remain in effect.   The Defendant has been consulted and consents to this request.  Thank you in advance for the Court's consideration.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Cc:    Scott Elliott, Esq.(Via ECF)  
         Jason Peck, Esq.   (Via ECF)  
         Attorneys for Defendant.

Application granted. No further extensions will be granted absent good cause.

SO ORDERED.

Hon. Ronnie Abrams  
4/12/22