UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIJUANA REYNOLDS,

                Plaintiff,

-v-

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

21 CIVIL 5901 (RA)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 27, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will affirm the finding of disability since February 22, 2019 and will direct a new ALJ to consider the period prior to February 22, 2019.

**Dated:** New York, New York
         April 27, 2022

                                            RUBY J. KRAJICK

                                            Clerk of Court

                **BY:**

                                            **Deputy Clerk**